UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
In re:                                                                                  Chapter 11

The Gateway at Wynwood LLC, et al.                            Case No. 24-72586-LAS

                                        Debtors.                          Jointly Administered
-----------------------------------------------------------x

## ORDER GRANTING CRG OPCO LLC'S MOTION TO COMPEL ASSUMPTION OR REJECTION OF LEASE WITH THE GATEWAY AT WYNWOOD LLC

Upon the motion (the "Motion")[1] of CRG for entry of an order compelling The Gateway at Wynwood LLC (the "Debtor") to assume or reject a Lease between CRG and the Debtor; and no opposition having been filed; and the Court having jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334(b); and the Court having found that this matter is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and CRG consents to entry of an order consistent with Article III of the United States Constitution; and the Court having found that venue of this proceeding and the Motion in this District is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and it appearing that proper and adequate notice of the Motion has been given and that no other or further notice is necessary; and upon the record herein; and after due deliberation thereon and good and sufficient cause appearing therefor, it is hereby

ORDERED that pursuant to Bankruptcy Code sections 105 and 365, the Debtor shall determine whether to assume or reject the Lease no later than fourteen (14) days after entry of this Order; and it is further

ORDERED that a motion to assume or reject the Lease shall be filed with this Court no later than fourteen (14) days after entry of this Order; and it is further

---

[1] Capitalized terms used herein and not otherwise defined herein shall have the meaning ascribed to them in the Motion.

ORDERED that the Court shall retain jurisdiction to hear and to determine all matters arising from or related to the implementation of this Order.



Dated: January 14, 2025
Central Islip, New York

**Louis A. Scarcella**
**United States Bankruptcy Judge**